

Phone: 718-301-4593
Fax: 718-247-9391
http://www.LondonIndusi.com

Joseph Indusi, Esq.
Partner

Cary London, Esq.
Partner

October 11, 2016

Hon. Robert M. Levy, U.S. Magistrate
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201
<u>via ECF</u>

   Re: <u>Gattling v. Bhuiyan, et. al., Docket # 1:15-cv-3761</u>
      <u>Consent Motion to Withdraw as Counsel</u>

Your Honor:

  I am the current attorney for the plaintiff, Yolanda Gattling. I write the Court in response to the recent issue concerning a potential conflict involving a proposed Defendant in the above referenced matter. After conferral with Ms. Mbabazi, and further investigation into my past representation of clients, I find it prudent to request to withdraw from my representation of Ms. Gattling at this time. I have conferred with Ms. Gattling, and she consents to my withdrawal. I respectfully request the Court grant Ms. Gattling Sixty (60) days to find new counsel. Ms. Mbabazi consents to my withdrawal, and also consents to the 60 days for Ms. Gattling to find new counsel.

  Thank you for your consideration in this matter.

              Respectfully submitted,

               /s/ Cary London, Esq.
              *Cary London, Esq.*
              Attorney for Ms. Gattling

| 186 Joralemon Street | 111 John Street | 330 Willis Avenue | 400 Townline Road |
|---|---|---|---|
| Suite 1202 | Suite 640 | Suite 1000 | Suite 170 |
| Brooklyn, NY 11201 | New York, NY 10038 | Roslyn Heights, NY 11577 | Hauppauge, NY 11788 |

Hon. Robert M. Levy
October 11, 2016
Page 2

London Indusi LLP
186 Joralemon Street, Suite 1202
Brooklyn, NY 11201
(718) 301-4593 – Phone
(718) 247-9391 – Fax
Cary@LondonIndusi.com

CC: *Deborah Mbabazi, Esq.*
Attorney for Defendant
Corporation Counsel of the City of New York
100 Church Street, 3rd Floor
New York, NY 10007
*Via ECF*