**DEVERNA LAW**
305 Broadway, 14th Floor • New York, NY 10007
P: 212-321-0025 • F: 212-321-0024 • E: jpd@mynylawyer.com

February 1, 2018

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ FEB 02 2018 ★
BROOKLYN OFFICE

VIA ECF
Honorable Judge Jack B. Weinstein
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>Yolanda Gattling v. City of New York, et al.</u>, 15-CV-3761 (JBW)(RML)

Your Honor:

    I am the attorney for Plaintiff Yolanda Gattling in the above-referenced matter. I write to apprise the court on the status of this matter

    Plaintiff has accepted Defendant's settlement offer and has provided the Stipulation and Order of Dismissal to defense counsel which are expected to be uploaded in short order.

    Accordingly, please adjourn the pretrial conference scheduled for February 6, 2018 indefinitely as the matter is settled.

    Thank you for your consideration in this matter.

Respectfully submitted,

*[signature]*

John Paul DeVerna, Esq.
Attorney for Ms. Gattling

CC:    Michael Gertzer, Esq. (Via ECF)
        Attorney for Defendant

*[handwritten: Close the case / So ordered / Jack B Weinstein 2/1/18]*